140

all the material statements of the plaintiff were contradicted by the witnesses of the defendant, making the whole controversy one peculiarly fitted for the determination of a jury."

■ Likewise applicable here is the language of our Supreme Court in the opinion in the case of Sloss-Sheffield Steel & Iron Co. v. Bearden, 202 Ala. 220, 80 So. 42, 44, which we quote and adopt—merely ·substituting $750, the amount of the verdict in the instant case, for $4,000, the amount of the verdict in that case, where same appears in the quoted excerpt—to-wit: "The appellant earnestly insists that the court erred in overruling the motion for new trial, with particular reference to these grounds thereof: That the verdict was opposed to the overwhelming weight of the evidence, and that the verdict of $750 was excessive. The review here, in this aspect, is of the action of the trial court in the premises. It was open to the jury to accept, to give credence to the plaintiff's evidence, as opposed to that of the several witnesses for the defendant. The trial court saw and heard all of these witnesses. The acceptance of plaintiff's version of the circumstances surrounding his injury and of the character and extent thereof justified, it is readily conceivable, the conclusions prevailing with the jury. Under the rule of Cobb v. Malone, 92 Ala. 630, 9 So. 738, this court is not convinced that error was committed by the court ·in overruling the motion for new trial."

We seem to have said enough.

The judgment is affirmed.

Affirmed.

Smith & Eubanks, of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Appellant was tried, under a proper indictment, before the court sitting without a jury, and convicted of the offense of petit larceny. Code 1928, § 4908, Code, 1940, Tit. 14, § 334.

His appeal was. submitted here on January 23, 1941.

The Attorney General, after the submission, filed a motion to "set same aside and strike the bill of exceptions."

We see no sufficient reason to grant the said motion—waiving, for the moment, our views as to whether or not same is in proper form—; and the same is overruled and denied.

We have carefully examined the record before us, including the bill of exceptions, in the light of Code 1923, §§ 3258, 9498 and 9502, Code 1940, Tit. 15, § 389; Tit. 7, § 260; Tit. 15, § 322.

But we observe nothing that we think was erroneous; or that calls for comment.

The judgment is affirmed.

Affirmed.

2 So.2d 459

## GRAY v. STATE.

### 8 Div. 135.

Court of Appeals of Alabama.

March 18, 1941.

Rehearing Denied April 22, 1941.

2 So.2d 460

## DUNCAN v. STEEL.

### 8 Div. 3.

Court of Appeals of Alabama.

March 25, 1941.

Rehearing Denied April 22, 1941.